ACCEPTED
03-14-00340-CV
4795915
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 4:14:09 PM
JEFFREY D. KYLE
CLERK

Alfred Herrera*
Jim Boyle-Of Counsel*
Felipe Alonso III
Jason Wakefield

# HERRERA ◆ BOYLE PLLC

816 Congress Ave.

Suite. 1250 Austin,

Texas 78701

512-474-1492 (p)

512-474-2507 (f)

www.herreraboylelaw.com

April 7, 2015

*via e-Filing*

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

4/7/2015 4:14:09 PM

JEFFREY D. KYLE
Clerk

Mr. Jeffrey D. Kyle
Clerk of the Court
P.O. Box 12547
Austin, Texas 78711-2547

Re:  Court of Appeals Number:        03-14-00340-CV
     Trial Court Case Number:        D-1-GN-13-001238

Style: *CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone Company d/b/a AT&T//Cross-Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas//Cross-Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

I am writing to provide the Court a supplemental response to the Court's March 12, 2015 letter regarding oral argument.

On March 25, 2105, the Court granted the parties' Unopposed Joint Motion for Additional Time for Oral Argument, extending the total time for all parties' argument from forty minutes to sixty minutes.  The parties have conferred and agreed to the following sequence and allocation of time for oral argument to be held on April 22, 2015 at 1:30 PM, CDT:

**60 MIN
TOTAL TIME**

| | |
|---|---|
| CPS Energy | 13 |
| TWC | 9 |
| AT&T | 9 |
| PUC | 18 |
| TWC | 3 |
| AT&T | 3 |
| CPS Energy | 5 |
| | 60 |

*Board Certified in
Administrative Law
by the Texas Board of
Legal Specialization

Respectfully submitted,


 /s/ Alfred R. Herrera
Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com



xc:     Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure on this the 7th day of April, 2015.


By: /s/Alfred R. Herrera
Alfred R. Herrera


## LIST OF PARTIES

## PARTIES AND ATTORNEYS FOR
## CAUSE NO. D-1-GN-13-001238 (CONSOLIDATED)

| **Counsel for Public Utility Commission of Texas:**<br><br>Douglas Fraser<br>Megan Neal<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-02548<br>Phone:  (512) 463-2012<br>Fax:  (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>megan.neal@texasattorneygeneral.gov | **Counsel for CPS Energy:**<br><br>Alfred R. Herrera<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax:  (512) 474-2507<br>aherrera@herreraboylelaw.com |
|---|---|
| **Counsel for CPS Energy:**<br><br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>cdbrockmann@cpsenergy.com | **Counsel for AT&T Texas:**<br><br>Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, Texas 78215<br>Phone:  (210) 351-4830<br>Fax:  (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com |

| Counsel for AT&T Texas:<br><br>Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 782-0600<br>Fax: (312) 706-8689<br>msullivan@mayerbrown.com | Counsel for AT&T Texas:<br><br>J. David Tate<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone: (512) 457-2304<br>Fax: (512) 870-3420<br>jon.david.tate@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |
|---|---|
| Counsel for Time Warner Cable Texas LLC:<br><br>Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, Texas 78701<br>Phone: (512) 615-1200<br>Fax: (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com | Counsel for Time Warner Cable Texas LLC:<br><br>J.D. Thomas<br>Paul A. Werner<br>Sheppard Mullin Richter & Hampton LLP<br>1300 I Street, N.W.<br>11th Floor East<br>Washington DC 20005<br>Phone: (202) 218-0000<br>Fax: (202) w218-0020<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com |